the defendant not having stipulated in his notice to pay the plaintiff's costs of preparing for trial, must also pay the costs of resisting this motion.

ALBANY,<br>Feb. 1829.<br><br>Bagg<br>v.<br>Hunt.

---

### EVANS vs. BEGLEYS.

THE judgment in this cause, and execution issued thereon, was set aside; it appearing that the judgment had been entered on a bond and warrant of attorney, executed by the defendants whilst in close custody, and no attorney attending on their part at the execution of the instruments.

*A bond and warrant of attorney executed by a defendant in close custody is void.*

---

### CUYLERS vs. KNIFFIN and another, executors of MILLER.

MOTION for costs. The verdict was for $12 08, against the defendants, who now moved for costs, on the ground that the recovery being less than $50, the plaintiffs are not entitled to costs, but must pay costs; and that the suit ought to have been brought in the common pleas.

Motion granted.

*Executors are entitled to costs when the recovery against them in the supreme court is less than $50.*

---

### BAGG vs. HUNT and another, executors, &c.

MOTION to strike cause from calendar. This is a writ of error from the Jefferson common pleas, on a bill of exceptions, signed in February, 1827, noticed for argument at the present term. The motion was made to strike the cause from the calendar, on the ground that an error-book, or copy of the bill of exceptions, had not been served on the defendants' attorney.

*Not necessary to serve opposite party with copy of an error-book.*

*J. Clarke*, for defendants.

*E. Fowler*, for plaintiff.